First I would like to apologize to my family for having them even go through this pain of me not being around for them I have lost an aunt and uncle since being locked up do to covid.

I am here today because of my drug habbits and my mistakes that I have made these months that I have spent locked away has really broke me down and open my eyes to what I have in my life. I don't want to do any drugs ever again it took me away from my fiancee my kids and family my drug habbit got out of control once I sat there and watched my mother take her last breath in 2020 that day I lost my bestfriend and a lot of myself. But the worst part about this is when I had to tell my kids that I was not coming home and didn't know when and missing their birthday's for the first time. That was the lowest point of my life to hear my fiancee and my 14 year old daughter cry but my 8 year old son took it the worst he cried his heart out that day. That hurt me so bad to hear that cause I know what it is like to want a dad and not have one around so from that moment on I dedicated myself to (God) for help and to becoming a better person and father. I have been diagnosed with depression and PTSD and I have been getting help since I have been locked up I even been taking GED classes and been going to bible study and prayer circule strengthening my faith. But I say all this because I have changed my ways and I am asking for help to continue doing so a second chance to be better then what I was to be back into my kids and family life I have learned my lesson and want to show that I can be a better man and that their father is not a loser. So if possible could I be put on work curfew or house arrest and go to drug program/classes anything so I can prove myself to everyone.